## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CLIVE LEWIS | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-cv-02453 ODW (RAOx) |
| v. | |
| ALBERTSONS COMPANIES, INC. | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Albertsons Companies, Inc.     ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Trenton H. Norris _____ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Arnold & Porter Kaye Scholer LLP, 3 Embarcadero Center, Floor 10
*Street Address*

San Francisco, CA 94111                         trent.norris@arnoldporter.com
*City, State, Zip*                              *E-Mail Address*

415-471-3303              415-471-3400              164781
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of Monty Agarwal
*List all attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____              _____
                                            U. S. District Judge/U.S. Magistrate Judge